No. 380, Misc.   Ex parte Allen.   Motion for leave to file petition for writ of mandamus denied.

No. 398, Misc.   Smith v. Overlade, Warden.   Motion for leave to file petition for writ of certiorari denied.

No. 404, Misc.   Ex parte Ritchey; and
No. 467, Misc.   In re Marsh.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 591.   Rice v. Sioux City Memorial Park Cemetery, Inc. et al.   Supreme Court of Iowa.   Certiorari granted.   *Neil R. McCluhan* and *Lowell C. Kindig* for petitioner.   *Jesse E. Marshall* and *H. C. Harper* for respondents.

No. 626.   Baltimore Contractors, Inc. v. Bodinger.   C. A. 2d Cir.   Certiorari granted.   *Morris Rosenberg* and *George Brussel, Jr.* for petitioner.   *Charles Wilson* for respondent.

No. 537.   Moore v. Commissioner of Internal Revenue; and
No. 596.   Commissioner of Internal Revenue v. Moore.   C. A. 9th Cir.   Certiorari denied.   *Melvin D. Wilson* and *Elmo H. Conley* for Moore.   *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *Joseph F. Goetten* for the Commissioner.   Reported below: 207 F. 2d 265.